FILE COPY

No. 07-13-00403-CR

| | | |
|---|---|---|
| Michael Angelo Medrano<br>  Appellant | § | From the 108th District Court of<br>  Potter County |
| | § | |
| v. | | December 30, 2014 |
| | § | |
| The State of Texas | | Opinion by Justice Pirtle |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 30, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o